1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:24-po-00129-CDB

12 |            Plaintiff,            | [Citation #E1281218, CA10]

13 | v.                               |
                                      | MOTION AND ORDER FOR DISMISSAL
14 | JADEN K. BOND,                   |

15 |            Defendant.            |

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19  Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00129-

20  CDB against JADEN K. BOND [Citation #E1281218, CA10], without prejudice, in the interest of

21  justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23  DATED: July 29, 2024                        Respectfully submitted,

24                                              PHILLIP A. TALBERT
                                                United States Attorney
25
                                          By:   /s/ *Chan Hee Chu*
26                                              CHAN HEE CHU
                                                Assistant United States Attorney
27

28
                                            1
                                                                           USA v. Bond
                                                                   Case No. 5:24-po-00129-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00129-CDB [Citation #E1281218, CA10] against JADEN K. BOND be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 29, 2024**

_____
UNITED STATES MAGISTRATE JUDGE